**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. THOMAS AND ST. JOHN**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 3:25-cr-0053 |
| ) | |
| **DAVID LEON SMITH,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

### ORDER

**THIS MATTER** comes before the Court on the Report and Recommendation of the United States Magistrate Judge dated August 28, 2025, ECF No. 51, recommending that the Defendant's plea of guilty to Count One of the Indictment, Possession with Intent to Distribute a Controlled Substance, a violation of Title 21, United States Code, Section 841(a)(1), be accepted, and the defendant be adjudged guilty. After careful consideration and review, and there being no objection, it is hereby

**ORDERED** that the Report and Recommendation, ECF No. 51, is **ADOPTED;** it is further

**ORDERED** that Defendant David Leon Smith's plea of guilty as to Count One of the Indictment is **ACCEPTED**, and that David Leon Smith is adjudged **GUILTY** on that count; it is further

**ORDERED** that, pursuant to Fed. R. Crim. P. 32(c)(1)(A), the U.S. Probation Office shall conduct a presentence investigation for the preparation of a presentence report; it is further

**ORDERED** that the U.S. Probation Office shall disclose the preliminary presentence report to the parties no later than **October 24, 2025;** it is further

**ORDERED** that the parties shall submit any objections or corrections to the preliminary presentence report to the U.S. Probation Office no later than **November 7, 2025;** it is further

**ORDERED** that the U.S. Probation Office shall disclose the final presentence report to the parties and the Court no later than **November 14, 2025;** it is further

*United States v. Smith*
Case No. 3:25-cr-0053
Order
Page **2** of **2**

      **ORDERED** that the parties shall file their sentencing memoranda no later than **December 5, 2025;** and it is further

      **ORDERED** that a sentencing hearing shall be held on **December 12, 2025, at 10:00 A.M. in STT Courtroom No. 1**.

**Dated:** September 15, 2025                  */s/ Robert A. Molloy*
                                                                       **ROBERT A. MOLLOY**
                                                                       **Chief Judge**